IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00222-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    COREY MICHAEL BOLLACKER;

    Defendant.

## ORDER GRANTING EXTENSION OF DEADLINE

The Court is in receipt of Defendant Bollacker's Second Requested Status Notice (Dkt. # 41), filed October 24, 2006. The Court will consider this document as a motion for extension of time and hereby GRANTS the motion. Defendant Bollacker shall have to and including October 30, 2006 within which to finalize an agreement with the Government and file a notice of disposition. It is ORDERED that the final trial preparation conference set for November 17, 2006 and the trial date of November 21, 2006 will remain on this Court's docket until such time as a disposition agreement has been fully executed.

    DATED: October 26, 2006

    BY THE COURT:

    *s/ Phillip S. Figa*

    _____
    Phillip S. Figa
    United States District Judge