IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00222-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    COREY MICHAEL BOLLACKER,

    Defendant.

---

## ORDER SETTING CHANGE OF PLEA HEARING
---

In response to the Notice of Disposition (Dkt. # 43) filed on behalf of Defendant Corey Michael Bollacker in the above matter, a Change of Plea hearing for Defendant Bollacker is set for **Monday, December 4, 2006 at 10:30 a.m.**  Courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" shall be delivered separately to Judge Figa's chambers and to the Probation Department no later than **noon on November 30, 2006**.  <u>If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy</u>.  The original and one copy of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).  In light of this Change of Plea hearing, the final trial preparation conference on November 17, 2006 and the two-day jury trial in this matter, set to commence November 21, 2006 are VACATED.

DATED:  October 31, 2006        BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge