**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILLIP S. FIGA**

Courtroom Deputy: Valeri P. Barnes  
Court Reporter: Darlene Martinez  
Probation Officer: Tome Destito

Date: February 26, 2007

Criminal Action No.  06-cr-00222-PSF-01

*Parties:*                                                              *Counsel:*

UNITED STATES OF AMERICA,                                Bob Brown

    Plaintiff,

v.

COREY MICHAEL BOLLACKER,                              William Frankfort

    Defendant.

_____

**SENTENCING MINUTES**
_____

**9:45 a.m.**     **Court in session.**

Defendant present on bond

**Change of Plea Hearing:**  December 4, 2006.

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

Statements by victims Paula Bumpers and Alison Treece.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDER:**   Government's Motion for Downward Departure Regarding the Advisory Guideline Level Pursuant to Section 5K1.1 of the United States Sentencing Guidelines **(57)** is **granted.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count One to a term of imprisonment of **six months.**

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **three years.**

**Conditions of supervised release:**
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release:**
- (X) Defendant shall participate in a program of testing and treatment for drug abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (X) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless defendant is in compliance with the installment payment schedule.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**RESTITUTION:**

*Name/Address of Victim*                                *Amount*

Bank of the West                                        $5,081.21
ATTN: Pamela Ferguson
Senior Investigator
400 Center Drive
Superior, CO 80027

Allison Treece and Alan Hutchins                        $   707.00

$1,820.70 shall be paid jointly and severally with co-defendant Kimia Sarhadi.

Interest is waived.

Payments are to be made to the Clerk of the United States District Court for disbursement to the payee.

The total monetary obligations shall be due and payable immediately, with any outstanding balance to be paid in equal monthly installments of at least $100 during the term of supervised release.

Disbursement of restitution payments be deferred utnil the balance of the court registry account totals at least $500.

The payments shall be divided equally among the victims.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDER:**   Defendant shall surrender to the facility designated by the United States Bureau of Prisons before noon on **April 2, 2007.**

**10:24 a.m.   Court in recess/hearing concluded.**

Total in-court time: 00:39